UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Stephen Robinson


v.                                    Case No. 09-cv-374-PB


NH Adult Parole Board


O R D E R


I herewith approve the Report and Recommendation of Magistrate Judge

Muirhead dated June 28, 2010, no objection having been filed.

SO ORDERED.


July  28,  2010                    /s/ Paul Barbadoro
                                   Paul Barbadoro
                                   United States District Judge


cc:     Stephen Robinson, Pro se