**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

Stephen Robinson

    v.                                                         Civil No. 09-cv-374-PB

New Hampshire Adult Parole Board

**REPORT AND RECOMMENDATION**

Pro se petitioner, Stephen Robinson, failed to amend his petition for writ of habeas corpus under 28 U.S.C. § 2254, as directed. See Order (June 28, 2010) (doc. no. 9) (directing Robinson to file amended petition within 30 days). As explained more fully in the Report and Recommendation (doc. no. 8), dated June 28, 2010, Robinson's petition should be dismissed for failure to demonstrate exhaustion and for failure to show that his claims present a live case or controversy.

Conclusion

I recommend dismissal of Robinson's claims for federal habeas relief, asserted under 28 U.S.C. § 2254. Accepting this recommendation will result in dismissal of this case.

Any objections to this Report and Recommendation must be filed within fourteen (14) days of receipt of this notice. Failure to file objections within the specified time waives the right to appeal the district court's order. See Unauth. Practice

of Law Comm. v. Gordon, 979 F.2d 11, 13-14 (1st Cir. 1992); United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986).

_____
Lanya B. McCafferty
United States Magistrate Judge

Date: August 27, 2010

cc:  Stephen Robinson, pro se

LBM:nmd

2