UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Stephen Robinson

        v.        Case No. 09-cv-374-PB

NH Adult Parole Board


O R D E R


I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated August 27, 2010, no objection having been filed. Additionally, finding that the petitioner has failed to make a substantial showing of the denial of a constitutional right, the court declines to issue a certificate of appealability.  See 28 U.S.C.§ 2253(c)(2); Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254; First Cir. LR 22.0.

    SO ORDERED.


September   16, 2010        /s/ Paul Barbadoro
                                             Paul Barbadoro
                                             United States District Judge


cc:    Stephen Robinson, Pro Se